IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA VNUK, | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : 3:14-CV-01432 |
| | : (JUDGE MARIANI) |
| BERWICK HOSPITAL CO. and | : |
| MALIYAKKAL J. JOHN, | : |
| | : |
| **Defendants.** | : |

### ORDER

AND NOW, THIS __19th__ DAY OF AUGUST, 2015, upon consideration of Defendants Maliyakkal John and Berwick Hospital's respective Motions to Dismiss, **IT IS HEREBY ORDERED THAT**:

1. Defendant John's Motion to Dismiss (Doc. 8) is **DENIED**.

2. Defendant Berwick Hospital's Motion to Dismiss (Doc. 11) is **GRANTED**.

3. Count Eight of Plaintiff's Amended Complaint is **DISMISSED** against Berwick Hospital only.

4. When Plaintiff receives the Notice of Right to Sue referenced on page 7, footnote 1 of her Amended Complaint, she may file a motion for leave to amend her Complaint a second time to include the information subject to the Notice of Right to Sue and to correct the deficiencies discussed in the Court's accompanying Memorandum Opinion.

2

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge

2