# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANGELA VNUK,

        **Plaintiff,**

v.                              3:14-CV-01432
                                (JUDGE MARIANI)

**BERWICK HOSPITAL CO. and**
**MALIYAKKAL J. JOHN,**

        **Defendants.**

## ORDER

**AND NOW, THIS 2ND DAY OF MARCH, 2016**, upon consideration of the matters raised in Attorney Sidney Steinberg's Letter of February 25, 2016 (Doc. 42), **IT IS HEREBY ORDERED THAT**, pursuant to this Court's accompanying Memorandum Opinion:

1. Counsel for Defendant Berwick Hospital **SHALL BE ENTITLED** to view the notes that Attorney Barry Dyller showed to Plaintiff Angela Vnuk during Ms. Vnuk's February 24, 2016 deposition.

2. Counsel for Berwick Hospital **SHALL BE ENTITLED** to inquire as to subject matter of communications between Ms. Vnuk and her counsel during her deposition testimony and during the recesses in her deposition.

3. Any speaking objections through which counsel attempt to suggest the answer of a question to a deponent are **PROHIBITED** in this or any future deposition.

4. Defendant Berwick Hospital's request for $370 in attorneys' fees is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge